**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 18-cv-2143 (RDM) |

## JOINT STATUS REPORT

In accordance with the Court's September 21, 2018 Minute Order, counsel for the parties, who have conferred, jointly notify the Court of the status of this matter, and offer their joint proposal regarding further proceedings:

1. This action involves several Freedom of Information Act ("FOIA") requests from Plaintiffs (United States Senators Richard Blumenthal, Patrick Leahy, Sheldon Whitehouse, Mazie K. Hirono, Cory A. Booker, and Kamala D. Harris) seeking records relating to Judge Brett M. Kavanaugh during his time working in the White House during the 2000s.  Plaintiffs, along with four other U.S. Senators, submitted two requests to the National Archives and Records Administration ("NARA") (one addressed to NARA, one to its component the George W. Bush Presidential Library), one request to the Central Intelligence Agency ("CIA"), and two requests to the Department of Justice ("DOJ") (one to the Office of Legal Counsel, and one to the Criminal Division) (collectively, "Defendants").

2.	Plaintiffs filed their original complaint on September 17, 2018, ECF No. 1, along with a motion for a temporary restraining order or preliminary injunction, ECF No. 2. The original complaint named only NARA and the CIA as defendants.

3.	Early in the morning of September 21, 2018, Plaintiffs amended their complaint, adding DOJ as a defendant. ECF No. 9. Plaintiffs also filed a motion for a temporary restraining order or preliminary injunction with respect to DOJ. ECF No. 10.

4.	The Court held a status conference on the afternoon of September 21, 2018. All parties expressed their preference that briefing be avoided, in favor of agreement upon a reasonable schedule for processing Plaintiffs' FOIA requests. The Court ordered the parties to meet and confer and file a joint status report no later than September 28, 2018 at 2 p.m.

5.	Since last week's status conference, counsel have had multiple lengthy discussions regarding the current status of Plaintiffs' requests, Plaintiffs' priorities and the specific sorts of records that Plaintiffs are most likely to be interested in, a reasonable schedule for the processing of these requests, and the course of future proceedings in this matter.

6.	With respect to the CIA, initial searches began last week, and they remain ongoing. CIA currently expects to complete its initial, preliminary searches for records responsive to Plaintiffs' request no later than October 5, 2018. Afterwards, the parties intend to discuss an appropriate schedule for the processing and production of all responsive, non-exempt CIA records subject to FOIA (if any).

7.	With respect to DOJ, some initial searches have been completed with respect to Plaintiffs' requests (primarily with respect to Plaintiffs' request to the DOJ Criminal Division), but the parties are discussing whether Plaintiffs' requests might be narrowed (or priorities agreed

upon) in a way that would allow for a more expeditious and efficient response to Plaintiffs' requests. Negotiations are ongoing.

8. With respect to NARA, the parties have also engaged in extensive discussions about the current status of NARA's ongoing processing of approximately 900,000 pages of Judge Kavanaugh's White House records, pursuant to an outstanding "Special Access Request" by the Senate Judiciary Committee under the Presidential Records Act, *see* 44 U.S.C. § 2205(2)(C). In addition, Plaintiffs have submitted a proposal for prioritization of NARA's response to their requests, and NARA has reported through counsel the approximate numbers of "hits" on the first three (of six) "tiers" of Plaintiffs' proposed priority search terms. These negotiations are also ongoing.

9. In sum, with respect to all of the requests at issue in this case, the parties have made substantial progress, but need additional time to reach a more detailed agreement and to propose an appropriate processing schedule to the Court.

10. For these reasons, the parties jointly and respectfully request that they be permitted to file another joint status report no later than one week from today, by 2 p.m. on Friday, October 5, 2018. At that time, the parties will update the Court with respect to the status of their negotiations and, if appropriate, will offer a joint proposal (or individual proposals) for a schedule for further proceedings in this matter.

Dated: September 28, 2018                     Respectfully submitted,

                                              JOSEPH H. HUNT
                                              Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Director, Federal Programs Branch

                                              /s/   *Stephen M. Pezzi*
                                              STEPHEN M. PEZZI (D.C. Bar No. 995500)
                                              Trial Attorney
                                              United States Department of Justice
                                              Civil Division, Federal Programs Branch
                                              20 Massachusetts Avenue NW
                                              Washington, DC 20530
                                              Phone: (202) 305-8576
                                              Fax: (202) 616-8470
                                              Email: stephen.pezzi@usdoj.gov

                                              *Attorneys for Defendants*


                                              */s/ Elizabeth France*
                                              Elizabeth France, D.C. Bar #999851
                                              AMERICAN OVERSIGHT
                                              1030 15th Street NW, B255
                                              Washington, DC 20005
                                              (202) 897-2465
                                              beth.france@americanoversight.org

                                              *Counsel for Plaintiff*