UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 18-cv-2143 (RDM) |

## NOTICE OF CHANGE OF ADDRESS

To the Clerk of Court and all parties and counsel of record:

Please enter the following change of address for Stephen M. Pezzi as counsel for Defendants in the above-captioned matter. All future correspondence and other communications regarding this matter should be directed to Mr. Pezzi at the address and phone number below.

Dated: October 1, 2018　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO
　　　　　　　　　　　　　　　　　　Deputy Director, Federal Programs Branch

　　　　　　　　　　　　　　　　　　/s/   *Stephen M. Pezzi*
　　　　　　　　　　　　　　　　　　STEPHEN M. PEZZI (D.C. Bar No. 995500)
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Civil Division, Federal Programs Branch
　　　　　　　　　　　　　　　　　　1100 L Street NW, Room 11504
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Phone: (202) 305-8576
　　　　　　　　　　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　Email: stephen.pezzi@usdoj.gov

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*