## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 18-cv-2143 (RDM) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, | |
| *Defendants*. | |

## **JOINT MOTION FOR A TWO-DAY EXTENSION OF TIME**

Counsel for the parties jointly and respectfully request a two-day extension of time to file their latest joint status report in this matter, which, pursuant to the Court's minute order of October 5, 2018, is currently due today at 5:00 p.m. As good cause for this request, the parties jointly offer the following:

1. This action involves several Freedom of Information Act ("FOIA") requests from Plaintiffs (United States Senators Richard Blumenthal, Patrick Leahy, Sheldon Whitehouse, Mazie K. Hirono, Cory A. Booker, and Kamala D. Harris) seeking records relating to Judge Brett M. Kavanaugh during his time working in the White House during the 2000s. Plaintiffs, along with four other U.S. Senators, submitted two requests to the National Archives and Records Administration ("NARA") (one addressed to NARA, one to its component the George W. Bush Presidential Library), one request to the Central Intelligence Agency ("CIA"), and two requests to the Department of Justice ("DOJ") (one to the Office of Legal Counsel, and one to the Criminal Division) (collectively, "Defendants").

2. The Court has held one status conference and the parties have filed two joint status reports in this matter since Plaintiffs filed their complaint on September 17, 2018. As detailed in the parties' recent status reports, the parties have been engaged in significant discussions and negotiations with respect to the current status of Plaintiffs' requests, Plaintiffs' priorities and the specific sorts of records that Plaintiffs are most likely to be interested in, a reasonable schedule for the processing of these requests, and the course of future proceedings in this matter.

3. Those discussions and negotiations are ongoing.

4. Earlier today, the parties reached a tentative agreement with respect to a schedule for NARA's processing of certain documents that are Plaintiffs' highest priorities, but the parties need additional time to reduce that agreement to writing in the form of a joint status report and proposed schedule.

5. With respect to Plaintiffs' requests to CIA, the DOJ Criminal Division, and DOJ's Office of Legal Counsel, the parties have thus far been unable to reach an agreement, and now believe that it is unlikely that they will be able to do so without this Court's involvement. Instead, absent significant new developments in the next two days, the parties each intend to submit their own respective proposals for further proceedings with respect to those requests in their upcoming joint status report.

6. As a result of these recent developments, the parties need a brief period of additional time, of two days, up to and including 5 p.m. on Friday, October 12, 2018, to prepare this partially contested joint status report.

7. Paragraph 12 of the Court's Standing Order in Civil Cases, ECF No. 4, generally calls for motions for an extension of time to be filed three business days in advance of any affected

deadline.  Because of the ongoing status of the parties' negotiations, the need for an extension was not apparent until today, and so the parties were unable to comply with that requirement here.

8. For these reasons, the parties jointly and respectfully request that the deadline for their next joint status report be extended for a period of time up to and including 5 p.m. on Friday, October 12, 2018.

9. A proposed order is attached.

Dated: October 10, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/   Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, DC 20530
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

/s/ Elizabeth France
Elizabeth France, D.C. Bar #999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff*