IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD BLUMENTHAL et al., | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | Case No. 18-2143 (RDM) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION et al., | ) ) ) ) | |
| *Defendants.* | ) | |

## NOTICE

Plaintiff did not receive footnotes 6, 8, and 11 of the Defendants' Statement contained in the Joint Status Report filed on October 12, 2018 (ECF No. 19) with sufficient time to review them or to incorporate a response into their Plaintiffs' Statement prior to the filing deadline. Plaintiffs do not believe that the statements contained in these footnotes are material to the issues currently before the Court in this matter. That said, Plaintiffs' counsel disagree with the characterizations of events contained in those footnotes. To the extent that the Court believes it would benefit from further discussion of the events described in those footnotes, Plaintiffs are available for a status conference next week, as indicated in the Joint Status Report.

*/s/ Elizabeth France*

Elizabeth France
D.C. Bar #999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff*