# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION, *et al.*<br><br>    *Defendants*. | Case No. 18-cv-2143 (RDM) |

## NOTICE OF APPEARANCE

The Clerk of Court will kindly note the appearance of Gary D. Feldon as counsel for Defendants National Archives and Records Administration, Central Intelligence Agency, and the Department of Justice.

Dated: October 30, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Gary D. Feldon*
GARY D. FELDON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
*Via Special Delivery*: 1100 L St. NW, Room 11104
Washington, DC 20005
*Via Mail*: P.O. Box 883, Washington, DC 20044
Tel: (202) 514-4686
Fax: (202) 616-8460
E-mail: gary.d.feldon@usdoj.gov

*Attorneys for Defendants*