# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION, *et al.* <br><br> *Defendants*. | Case No. 18-cv-2143 (RDM) |

## JOINT STATUS REPORT

In accordance with the Court's November 2, 2018 Minute Order, counsel for the parties, who have conferred, jointly notify the Court of the status of this matter:

1. The Criminal Division of the United States Department of Justice ("Department") will produce all electronic records not requiring referral to other components of the Department or to other federal agencies no later than November 16, 2018.

2. By November 16, 2018, the Criminal Division will complete referral of all electronic records to other components of the Department or to other agencies.

3. In advance of the forthcoming December 7, 2018 joint status report, the parties will confer regarding a production schedule for referred documents and hard copy documents and notify the Court of the outcome of those discussions in the status report.

Dated:  November 8, 2018                     Respectfully submitted,

                                             JOSEPH H. HUNT
                                             Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Director, Federal Programs Branch

        /s/ *Gary D. Feldon*
        GARY D. FELDON
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        *By Special Delivery*: 1100 L St. NW, Rm. 11104
        Washington, DC 20005
        *By Mail*: P.O. Box 883, Washington, DC 20044
        Tel: (202) 514-4686
        Fax: (202) 616-8460
        E-mail: gary.d.feldon@usdoj.gov

        *Attorneys for Defendants*


        */s/ Elizabeth France*
        Elizabeth France, D.C. Bar #999851
        AMERICAN OVERSIGHT
        1030 15th Street NW B255
        Washington, DC 20005
        (202) 897-2465
        beth.france@americanoversight.org

        *Counsel for Plaintiff*