UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

    *Plaintiffs*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 18-cv-2143 (RDM)

## JOINT STATUS REPORT

In accordance with the Court's November 2, 2018 Minute Order and the parties' November 8, 2018 Joint Status Report (ECF No. 24), counsel for the parties, who have conferred, jointly notify the Court of the status of this matter with regard to Plaintiffs' requests for records from the Department of Justice's (DOJ) Criminal Division and Office of Legal Counsel (OLC),[1] and offer their joint proposal regarding further proceedings:

### OLC Request

1. The parties have agreed to a set of highest-priority records, which is based on search results for a subset of the prioritized search parameters Plaintiffs provided to OLC on September 19, 2018. OLC is processing this set of documents and will release responsive, non-exempt materials to Plaintiffs and notify Plaintiffs of any withholdings by January 31, 2019.

2. The parties have agreed to segregate a further set of potentially responsive records pending further discussion of whether narrowing is feasible and appropriate.

---

[1] Processing of two requests directed to the Central Intelligence Agency (CIA) and the National Archives and Records Administration (NARA) is ongoing pursuant to the schedules agreed upon by the parties.

3.	OLC will provide Plaintiffs with search reports for the remaining priority tiers Plaintiffs provided on September 19, 2018 and for the records described in Paragraph 2 of this Joint Status Report by January 4, 2019, after which the parties will meet and confer regarding opportunities for further prioritization or narrowing and regarding a processing schedule for the remaining records subject to Plaintiffs' request.

**Criminal Division Request**

4.	Criminal Division has completed review of electronic records and advised Plaintiffs of its intention to withhold all responsive records under FOIA Exemptions 5 and 6. This response included all electronic records referred by Criminal Division to other agencies or offices.

5.	Criminal Division has advised Plaintiffs that it has completed review of unclassified hard copy records and has not identified records responsive to Plaintiffs' requests.

6.	Criminal Division is currently processing classified hard copy records. It anticipates completing that process, including disclosing responsive non-exempt material and advising Plaintiffs of withholdings, by January 31, 2019.

**Proposal for Further Proceedings**

7.	Under the current agreements of the parties and the schedule described above, productions (or notifications of withholdings) will occur for each of Plaintiffs' requests in January 2019. In order to afford the parties an opportunity to meet and confer regarding these responses and plans for further processing of potentially responsive records, the parties respectfully propose that they file a further Joint Status Report updating the Court on the status of each of Plaintiffs' requests and proposing a schedule for further proceedings not later than February 15, 2019.

Dated: December 7, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Gary D. Feldon
GARY D. FELDON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
*By Special Delivery*: 1100 L St. NW, Rm 11104
Washington, DC 20005
*By Mail:* P.O. Box 883, Washington, DC 20044
Phone: (202) 514-4686
Fax: (202) 616-8470
Email: gary.d.feldon@usdoj.gov

*Attorneys for Defendants*

/s/ Elizabeth France
Elizabeth France, D.C. Bar #999851
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org

*Counsel for Plaintiff*