UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

    *Plaintiffs*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 18-cv-2143 (RDM)

## MOTION FOR A STAY IN LIGHT OF LAPSE IN APPROPRIATIONS

The United States of America hereby moves for a stay of all proceedings in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including Defendant National Archives and Records Administration ("NARA").[1] The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and (at least) NARA employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

---

[1] Undersigned counsel's understanding is that the relevant agency counsel from NARA, from the Department of Justice's Office of Legal Counsel, and from the Department of Justice's Criminal Division have all been furloughed. Counsel has thus far been unable to confirm the status of agency counsel at the Central Intelligence Agency.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this matter (including but not limited to the defendant agencies' obligations to process records in response to Plaintiffs' FOIA requests) until Congress has restored appropriations.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Counsel for Plaintiffs reported their position on this motion as follows: "[W]e have been unable to consult with our clients in the time available and therefore oppose the motion."

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 26, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/   *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*