**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. NATIONAL ARCHIVES AND <br> RECORDS ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 18-cv-2143 (RDM) |

**JOINT STATUS REPORT**

In accordance with the Court's December 27, 2018 and January 31, 2019 Minute Orders, counsel for the parties have conferred and jointly provide the following update and propose the following schedule for further proceedings:

1.      On December 26, 2018, Defendants moved for a stay of this action due to a lapse in appropriations affecting the Department of Justice ("DOJ") and several other executive branch agencies. ECF No. 27. On December 27, 2018, the Court granted Defendants' motion and directed the parties to meet and confer and submit a revised briefing schedule when funding resumed.

2.      On January 29, 2019, Defendants notified the Court that funding had been restored after a 35 calendar-day lapse in appropriations. ECF No. 28.

3.      Prior to the lapse in appropriations, Defendants the United States National Archives and Records Administration ("NARA") and Central Intelligence Agency ("CIA") had been processing Plaintiffs' requests pursuant to agreements between the parties, and the DOJ Criminal Division and the DOJ Office of Legal Counsel ("OLC") had been processing Plaintiffs' requests pursuant to schedules submitted to the Court in the Joint Status Report filed on December 7, 2018. ECF No. 25.

4.      Since the end of the lapse in appropriations, the parties have met and conferred and agreed to reasonable adjustments to their previously agreed-upon schedules.

## NARA

5.      NARA has completed processing of the priority tiers of potentially responsive records identified to date by Plaintiffs. Plaintiffs are in the process of identifying their next priority searches and will convey this information to NARA.

6.      NARA issued Presidential Records Act notices on October 5, 2018, October 22, 2018, November 29, 2018, and December 20, 2018. These notices indicated NARA's intent to release certain records unless the representative of the current or former president asserted a constitutionally based privilege within 60 working days, or requested a one-time extension of an additional 30 working days.

7.      In light of the lapse in appropriations, NARA has determined that the 60 working-day periods will end on February 7, 2019, February 22, 2019, April 1, 2019, and April 19, 2019, respectively.

## CIA

8.      The parties had previously agreed that CIA would complete processing of Plaintiffs' request—including releasing records, notifying Defendants of withholdings, and initiating any required referrals—by January 15, 2019. The parties have agreed to extend this deadline to February 22, 2019.

## DOJ Criminal Division

9.      The parties had previously agreed that the Criminal Division would complete processing of certain hard copy records (including initiating any required referrals) by January 31, 2019. The parties propose extending this deadline 35 calendar days, to March 7, 2019.

**DOJ Office of Legal Counsel**

10.     The parties had agreed that OLC would provide certain search results to Plaintiffs by January 4, 2019, to facilitate discussions of potential narrowing. The parties propose extending this deadline 45 calendar days, to February 18, 2019.

11.     The parties had agreed that OLC would complete processing of the top two priority search tiers identified by Plaintiffs (including initiating any necessary referrals) by January 31, 2019. The parties propose extending this deadline 45 calendar days, to March 18, 2019.

**Further Joint Status Report**

12.     The parties propose submitting a further Joint Status Report not later than March 25, 2019.

Dated: February 1, 2019                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/  *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 200005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: Stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

*/s/ Elizabeth France*
Elizabeth France, D.C. Bar No. 999851
Austin R. Evers, D.C. Bar No. 1006999
Katherine M. Anthony, MA Bar No. 685150*
(admitted *pro hac vice*)

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Member of the MA bar only; practicing
in the District of Columbia under the
supervision of members of the D.C. Bar
while application for D.C. Bar
membership is pending.

*Counsel for Plaintiffs*