UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

    *Plaintiffs*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 18-cv-2143 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's March 27, 2019 Minute Order, counsel for the parties, having conferred, jointly and respectfully provide the following status report in the above-captioned matter:

### National Archives and Records Administration (NARA)

1. NARA has completed processing of the priority tiers of potentially responsive records identified by Plaintiffs. NARA has since publicly released a number of documents in response to Plaintiffs' FOIA requests, after the consultation period contemplated by the Presidential Records Act ("PRA") ran its course without the assertion of any constitutionally based privilege by the current or former President.

2. Plaintiffs recently made a proposal to NARA regarding Plaintiffs' next set of priority emails to be searched for, reviewed, and processed for release. The parties have exchanged detailed information regarding the volume of records contained in this set and continue to discuss prioritization for NARA's processing of these records.

3.      Once the parties have reached agreement regarding the parameters to govern NARA's processing of this set of records (or any portion thereof), NARA agrees to process 250 emails per month at least until the end of calendar year 2019, to continue to issue public notices on a rolling basis on the timing set forth in the Presidential Records Act, and to promptly release non-exempt and non-restricted material for which the PRA consultation period has concluded.

### Central Intelligence Agency (CIA)

4.      On March 1, 2019, pursuant to the parties' prior scheduling agreement, CIA completed its response to Plaintiffs' FOIA request to CIA.  That is, it is now CIA's position that it has produced all responsive agency records subject to FOIA, with the exception of certain records that CIA has now referred to the Department of Justice for a final response to Plaintiffs' request.

5.      Plaintiffs continue to review the CIA's production and to await a final response from the Department of Justice with respect to the referred CIA records.  Counsel for Defendants has indicated to Plaintiffs that the consultation process with respect to the referred CIA records is nearing conclusion, and that Plaintiffs can expect to receive that production prior to the filing of the parties' next status report.

6.      The parties respectfully request a further opportunity to continue to discuss whether Plaintiffs are satisfied with the CIA's response to their FOIA request, and the nature of further proceedings (if any) with respect to Plaintiffs' FOIA request to CIA.

### Department of Justice – Office of Legal Counsel (OLC)

7.      On February 19, 2019, pursuant to the parties' prior scheduling agreement, OLC provided a letter to Plaintiffs detailing certain search results that Plaintiffs had requested as part of the meet-and-confer process. Since that time, the parties have engaged to address Plaintiffs' clarifying questions regarding that letter, as a basis for further discussion.

8.	On March 18, 2019, pursuant to the parties' prior scheduling agreement, OLC completed its processing of Plaintiffs' first two "priority tiers" of records, by producing certain documents, making a final determination to withhold certain documents, and by referring certain documents to the Department of Justice's Office of Information Policy ("OIP").

9.	Plaintiffs are currently reviewing OLC's production, and awaiting a final response from OIP with respect to the referred OLC records.

10.	OLC intends to complete processing of Plaintiffs third "priority tier" by June 11, 2019.

11.	The parties continue to discuss Plaintiffs' remaining "priority tiers" in an effort to agree to an efficient processing schedule. The parties respectfully request a further opportunity to reach agreement on a schedule for processing additional OLC records that may be responsive to Plaintiffs' FOIA request. The parties intend to propose such a schedule to the Court in their next Joint Status Report.

## Department of Justice – Criminal Division

12.	On February 22, 2019, pursuant to the parties' prior scheduling agreement, the Criminal Division completed its processing of Plaintiffs' previously identified "priority tiers" of records.  Over the course of three responses in recent months (the prior two on December 6, 2018 and November 20, 2018), it is the Criminal Division's position that it has now completed processing in response to Plaintiffs' FOIA request, by either making a final determination to withhold certain records in full, or by referring records to other DOJ components—that is, to the Office of Legal Policy ("OLP") and the Office of Legislative Affairs ("OLA")—for a final response to Plaintiffs' requests.

13. Plaintiffs are currently reviewing the Criminal Division's responses, and awaiting a final response from OLP and OLA regarding the referred Criminal Division records.

14. Plaintiffs have requested draft *Vaughn* information about the records that the Criminal Division has withheld in full. The Criminal Division has agreed to provide this information by June 14, 2019. The parties believe that this information will inform the parties' discussions about the need for further proceedings (if any) with respect to Plaintiffs' FOIA request to the Criminal Division.

**Next Joint Status Report**

15. The parties respectfully request that they be permitted to continue the meet-and-confer process, and that they submit another joint status report no later than June 20, 2019.

Dated: April 30, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 200005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: Stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

/s/ Elizabeth France
Elizabeth France, D.C. Bar No. 999851
Austin R. Evers, D.C. Bar No. 1006999
Katherine M. Anthony, MA Bar No. 685150*

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-2465
beth.france@americanoversight.org
austin.evers@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiffs*