# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

    *Plaintiffs*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 18-cv-2143 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's October 10, 2019 Minute Order, counsel for the parties, having conferred, jointly and respectfully provide the following status report in the above-captioned matter:

### National Archives and Records Administration (NARA)

1. NARA has completed processing of several "priority tiers" of potentially responsive records identified by Plaintiffs. NARA has publicly released many documents in response to Plaintiffs' FOIA requests, after the consultation period required by the Presidential Records Act ("PRA") ran its course without the assertion of any constitutionally based privilege by the current or former President.

2. Pursuant to an agreement between the parties that was first described in the parties' June 20, 2019 Joint Status Report (ECF No. 32), NARA has agreed to continue to process 250 emails per month (at least until the end of calendar year 2019), to continue to issue public notices on a rolling basis on the timing set forth in the Presidential Records Act, and to promptly release non-exempt and non-restricted material for which the PRA consultation period has concluded.

3. The parties agree that the existing processing schedule with respect to NARA should remain in effect at this time.

### Central Intelligence Agency (CIA)

4. On March 1, 2019, CIA made its "final" response to Plaintiffs' FOIA request to CIA (producing some records in redacted form, withholding some records in full, and referring some records to other entities within the Executive Branch).  *See* ECF No. 34.

5. Since the parties' most recent status report, CIA made an additional production of records that had been referred to the Office of Management and Budget. Referrals to the Office of the Director of National Intelligence and the Department of Justice's Office of Legal Counsel remain pending.

6. Plaintiffs continue to review the CIA's production, and have requested certain additional information from the CIA regarding the bases for certain withholdings. The parties are discussing this request.

7. The parties respectfully request a further opportunity to continue to discuss whether Plaintiffs are satisfied with the CIA's response to their FOIA request, and the nature of further proceedings (if any) with respect to that request.

### Department of Justice – Criminal Division

8. On February 22, 2019, pursuant to the parties' prior scheduling agreement, the Criminal Division completed its processing of Plaintiffs' previously identified "priority tiers" of records. The Criminal Division withheld some records in full, and also referred other records to other DOJ components for a final response to Plaintiffs' requests.

9. Plaintiffs have now received a final response on behalf of OLP and OLA regarding the referred Criminal Division records (from DOJ's Office of Information Policy (OIP)).

Accordingly, it is now the position of Criminal Division that it has fully completed its response to Plaintiffs' FOIA request, including with respect to the referred records.

10. As described in prior joint status reports, the Criminal Division has also provided certain draft *Vaughn* information to Plaintiffs. In addition, on October 9, 2019, the Criminal Division released certain additional non-exempt portions of responsive records to Plaintiffs.

11. The parties respectfully request a further opportunity to continue to discuss whether Plaintiffs are satisfied with the Criminal Division's response to their FOIA request, and the nature of further proceedings (if any) with respect to Plaintiffs' FOIA request to the Criminal Division.

### Department of Justice – Office of Legal Counsel (OLC)

12. Pursuant to the Court's October 10, 2019 Minute Order, OLC is under a court-ordered obligation to process at least 400 pages per month in this case.

13. The parties agree that that existing processing schedule with respect to OLC should remain in effect at this time.

### Future Joint Status Reports

14. The parties propose that their next deadline for the filing of a joint status report in this matter be set for January 22, 2019, and that further joint status reports be filed every 60 days thereafter.

Dated: November 19, 2019                Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director, Federal Programs Branch

                                        /s/  Stephen M. Pezzi
                                        STEPHEN M. PEZZI (D.C. Bar No. 995500)
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, DC 200005
                                        Phone: (202) 305-8576
                                        Fax: (202) 616-8470
                                        Email: Stephen.pezzi@usdoj.gov

                                        *Attorneys for Defendants*

                                        /s/ Katherine M. Anthony
                                        Katherine M. Anthony, D.C. Bar No. 1630524
                                        Austin R. Evers, D.C. Bar No. 1006999
                                        AMERICAN OVERSIGHT
                                        1030 15th Street NW, B255
                                        Washington, DC 20005
                                        (202) 897-3918
                                        katherine.anthony@americanoversight.org
                                        austin.evers@americanoversight.org

                                        *Counsel for Plaintiffs*