UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*, <br><br> *Defendants*. | Case No. 18-cv-2143 (RDM) |

### STIPULATION OF DISMISSAL OF CLAIMS BY PLAINTIFF KAMALA D. HARRIS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Richard Blumenthal, Patrick Leahy, Sheldon Whitehouse, Mazie K. Hirono, Cory A. Booker, and Kamala D. Harris, and Defendants, the U.S. National Archives and Records Administration, the U.S. Central Intelligence Agency, and the U.S. Department of Justice, hereby jointly stipulate to the dismissal of all claims brought by Plaintiff Harris.

Plaintiffs Blumenthal, Leahy, Whitehouse, Hirono, and Booker continue to pursue their claims in this action.

Date: January 6, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Katherine M. Anthony* <br> Katherine M. Anthony <br> D.C. Bar No. 1630524 <br> Austin R. Evers <br> D.C. Bar No. 1006999 <br> AMERICAN OVERSIGHT <br> 1030 15th Street NW, B255 <br> Washington, DC 20005 <br> (202) 897-3918 | JEFFREY BOSSERT CLARK <br> Acting Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> */s/ Stephen M. Pezzi* <br> STEPHEN M. PEZZI (D.C. Bar No. 995500) |

| | |
|---|---|
| katherine.anthony@americanoversight.org<br>austin.evers@americanoversight.org<br><br>*Counsel for Plaintiffs* | Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St NW<br>Washington DC 20530<br>Tel: (202) 305-8576<br>Fax: (202) 616-8470<br>E-mail: Stephen.pezzi@usdoj.gov<br><br>*Attorneys for Defendants* |