UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

    *Plaintiffs*,

v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

    *Defendants*.

Case No. 18-cv-2143 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2019 Minute Order, counsel for the parties, having conferred, jointly and respectfully provide the following status report in the above-captioned matter:

**National Archives and Records Administration (NARA)**

1.    As noted in the parties' most recent joint status report, ECF No. 48, NARA has now completed processing of all records up to and including "Tier 4" of the parties' agreed-upon "priority tiers" of outstanding records. At Plaintiffs' request, NARA recently provided some search-term information about the remaining records, as part of discussions between the parties regarding next steps in this litigation concerning NARA. Those discussions are ongoing, and the parties will report on their status no later than their next joint status report.

**Central Intelligence Agency (CIA)**

2.    As discussed in prior status reports, on March 1, 2019, CIA made its final response to Plaintiffs' FOIA request to CIA (producing some records in redacted form, withholding some records in full, and referring some records to other entities within the Executive Branch). *See* ECF

No. 34. A referral to Department of Justice's Office of Legal Counsel remains pending. Plaintiffs have reviewed CIA's productions and have requested draft *Vaughn* information. As required by the Court's standing order, CIA will provide that information prior to seeking a pre-motion conference in connection with any future summary-judgment briefing in this case.

3. Plaintiffs continue to hope to receive additional information well in advance of summary judgment proceedings to evaluate CIA's exemption positions to narrow the issues in dispute. Absent sufficient additional information, Plaintiffs anticipate challenging CIA's exemption claims at summary judgment.

4. The parties respectfully request a further opportunity to continue to discuss the nature of further proceedings with respect to Plaintiffs' FOIA request to CIA.

### Department of Justice – Criminal Division

5. As explained in recent status reports, the parties have now resolved all of Plaintiffs' claims arising from their FOIA request to the Department of Justice's Criminal Division.

6. Although Plaintiffs have now agreed to dismiss all of their claims arising from their FOIA request to the Criminal Division, the Department of Justice remains a Defendant in this case, because of ongoing productions from the Department of Justice's Office of Legal Counsel.

### Department of Justice – Office of Legal Counsel (OLC)

7. Pursuant to the Court's October 10, 2019 Minute Order, OLC is under a court-ordered obligation to process at least 400 pages per month in this case. OLC expects to meet its next processing deadline of September 30, 2021.

**Future Joint Status Reports**

8. Pursuant to the Court's minute order of November 20, 2019, the parties will file their next joint status report on November 19, 2021, and then every 60 days thereafter.

Dated: September 20, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 200005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: Stephen.pezzi@usdoj.gov

*Attorneys for Defendants*

*/s/ Katherine M. Anthony*
Katherine M. Anthony, D.C. Bar No. 1630524
Sarah M. Colombo, *pro hac vice*
Austin R. Evers, D.C. Bar No. 1006999
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
katherine.anthony@americanoversight.org
sarah.colombo@americanoversight.org
austin.evers@americanoversight.org

*Counsel for Plaintiffs*