## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICHARD BLUMENTHAL, *et al.*,

       *Plaintiffs*,

    v.

U.S. NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION, *et al.*,

       *Defendants*.

Case No. 18-cv-2143 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2019 Minute Order, counsel for the parties, having conferred, jointly provide the following status report in the above-captioned matter:

### National Archives and Records Administration (NARA)

1.      NARA has now completed processing of all records up to and including "Tier 4" of the parties' agreed-upon "priority tiers" of outstanding records. At Plaintiffs' request, NARA has also provided some additional search-term information about the remaining records, as part of discussions between the parties regarding next steps in this litigation concerning NARA.

2.      By agreement of the parties, NARA has agreed to process at least 250 documents per month until further notice. NARA will prioritize the processing of documents with certain specified search terms that the parties have agreed upon.

### Central Intelligence Agency (CIA)

3.      On March 1, 2019, CIA made its final response to Plaintiffs' FOIA request to CIA (producing some records in redacted form, withholding some records in full, and referring some records to other entities within the Executive Branch). *See* ECF No. 34. A referral to Department

of Justice's Office of Legal Counsel remains pending.  Plaintiffs have reviewed CIA's productions and have requested draft *Vaughn* information.  As required by the Court's standing order, CIA will provide that information prior to seeking a pre-motion conference in connection with any future summary-judgment briefing in this case.

4.      Plaintiffs continue to hope to receive additional information well in advance of summary judgment proceedings to evaluate CIA's exemption positions to narrow the issues in dispute.    Absent sufficient additional information, Plaintiffs anticipate challenging CIA's exemption claims at summary judgment.

5.      The parties respectfully request a further opportunity to continue to discuss the nature of further proceedings with respect to Plaintiffs' FOIA request to CIA.

### Department of Justice – Criminal Division

6.      The parties have resolved all of Plaintiffs' claims arising from their FOIA request to the Department of Justice's Criminal Division.

7.      Although Plaintiffs have now agreed to dismiss all of their claims arising from their FOIA request to the Criminal Division, the Department of Justice remains a Defendant in this case, because of ongoing productions from the Department of Justice's Office of Legal Counsel.

### Department of Justice – Office of Legal Counsel (OLC)

8.      Pursuant to the Court's October 10, 2019 Minute Order, OLC is under a court-ordered obligation to process at least 400 pages per month in this case.  OLC expects to meet its next processing deadline of October 2, 2023.

9.      OLC has provided additional information about the volume of remaining records, as part of discussions between the parties regarding next steps in this litigation concerning OLC.

**Future Joint Status Reports**

10.     Pursuant to the Court's minute order of November 20, 2019, the parties will file

their next joint status report on or before November 17, 2023, and then every 60 days thereafter.


Dated: September 18, 2023                 Respectfully submitted,

                                          BRIAN M. BOYNTON
                                          Principal Deputy Assistant Attorney General

                                          ELIZABETH J. SHAPIRO
                                          Deputy Director, Federal Programs Branch

                                          */s/ Stephen M. Pezzi*
                                          STEPHEN M. PEZZI (D.C. Bar 995500)
                                          Senior Trial Counsel
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          1100 L Street NW
                                          Washington, DC 20005
                                          Phone: (202) 305-8576
                                          Fax: (202) 616-8470
                                          Email: stephen.pezzi@usdoj.gov

                                          *Attorneys for Defendants*


                                          */s/ Katherine M. Anthony*
                                          Katherine M. Anthony, D.C. Bar No. 1630524
                                          AMERICAN OVERSIGHT
                                          1030 15th Street NW, B255
                                          Washington, DC 20005
                                          (202) 897-3918
                                          katherine.anthony@americanoversight.org

                                          *Counsel for Plaintiffs*