# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD BLUMENTHAL, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, *et al.*,<br><br>*Defendants*. | Case No. 18-cv-2143 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's November 20, 2019 Minute Order, counsel for the parties, having conferred, jointly provide the following status report in the above-captioned matter:

### National Archives and Records Administration (NARA)

1. NARA has now completed processing of all remaining records at issue in this case, ahead of its goal, which was the end of this calendar year. The parties will now discuss the need for future proceedings (if any) with respect to Plaintiffs' FOIA request to NARA.

### Central Intelligence Agency (CIA)

2. As described in the parties' previous status reports, CIA has agreed to provide Plaintiffs with certain draft *Vaughn* information. CIA expects to send Plaintiffs the requested *Vaughn* information within the next 14 days. Once CIA has provided that information, the parties will discuss the need for future proceedings (if any) with respect to Plaintiffs' FOIA request to the CIA.

### **Department of Justice – Criminal Division**

3. The parties have already resolved all of Plaintiffs' claims arising from their FOIA request to the Department of Justice's Criminal Division.

4. Although Plaintiffs have now agreed to dismiss all of their claims arising from their FOIA request to the Criminal Division, the Department of Justice remains a Defendant in this case, because of Plaintiffs' claims relating to the Department of Justice's Office of Legal Counsel.

### **Department of Justice – Office of Legal Counsel (OLC)**

5. OLC provided Plaintiffs certain draft *Vaughn* information in September 2024. Plaintiffs asked some follow-up questions, and discussions regarding the draft *Vaughn* information are ongoing. Upon their conclusion, the parties will discuss the need for future proceedings (if any) with respect to Plaintiffs' FOIA request to OLC.

### **Future Joint Status Reports**

6. Pursuant to the Court's minute order of November 20, 2019, the parties will file their next joint status report on or before January 21, 2025, and then every 60 days thereafter.

Dated: November 22, 2024             Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

*/s/ Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*


*/s/ Elizabeth Haddix*
Elizabeth Haddix, D.C. Bar No. 90019750
Katherine M. Anthony, D.C. Bar No. 1630524
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-3918
Elizabeth.haddix@americanoversight.org
katherine.anthony@americanoversight.org

*Counsel for Plaintiffs*